IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

LEONARD L. BEAN                                                                                       PETITIONER
ADC #153997

v.                              Case No. 5:15-cv-00298 JM-JTK

WENDY KELLEY, Director,
Arkansas Department of Correction                                                      RESPONDENT

## ORDER

The Court has received proposed findings and recommendations from United States Magistrate Judge Jerome T. Kearney.  After careful review of the findings and recommendations and the timely objections thereto, as well as a de novo review of the record, the Court concludes that the findings and recommendations should be, and are hereby, approved and adopted as this Court's findings in all respects in their entirety. Judgment shall be entered accordingly.

The Court will not issue a certificate of appealability because Petitioner has not made a substantial showing of a denial of a constitutional right.  28 U.S.C. § 2253(c)(1)-(2).

SO ORDERED this 21st day of April, 2016.

_____
UNITED STATES DISTRICT JUDGE